No. 5762.—Castro, et al., apltes., *v.* Junta Liquidadora de la Comisión de Indemnizaciones a Obreros, aplda.—C. D. Humacao. Junio 3, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Visto el caso con la sola comparecencia de la parte apelada, examinado el alegato del apelante y no habiéndose demostrado un claro abuso de discreción por parte de la corte de distrito al declarar sin lugar la moción para que se dejara sin efecto su resolución anterior dictada en 14 de noviembre de 1930, ordenando el sobreseimiento y archivo del pleito por abandono, se confirma la orden apelada que dictó la Corte de Distrito de Humacao en junio 1, 1931.

No. 6021.—Pueblo ex rel Pérez, querellante *v.* Sandín, querellado; Miranda, Interventor aplte.—C. D. Bayamón. Junio 24, 1932.

Por los motivos consignados en la opinión emitida en el caso No. 5921, *El Pueblo de Puerto Rico, ex rel. Sabat Santos*, demandante apelante, vs. *Artemio Camacho Díaz*, demandado apelado, resuelto en el día de hoy (43 D.P.R. 691), *se confirma* la sentencia apelada que dictó la Corte de Distrito de Bayamón con fecha 25 de febrero de 1932, en el caso arriba expresado.

No. 5766.—Méndez & Co., aplda., *v.* Parés y Alicea, apltes.—C. D. San Juan. Junio 22, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison).

Vista la moción que antecede sobre reconsideración de la sentencia dictada por esta Corte en junio 15 de 1932, y no apareciendo de los autos que el juez de distrito haya resuelto ni haya tomado en consideración la cuestión suscitada por primera vez ante este Tribunal en dicha moción, *no ha lugar* a la reconsideración solicitada.